IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

This Document Relates to:

IN RE DEPAKOTE:

*B.P., et al., v. Abbott Laboratories Inc.,* 13-cv-324-SCW

*J.B., et al., v. Abbott Laboratories Inc.,* 13-cv-326-SCW

CASE MANAGEMENT ORDER

**HERNDON, Chief Judge:**

These matters come before the Court for purposes of case management. The Court *sua sponte* reassigns these proceedings to the undersigned chief judge to serve as presiding judge until further order of the Court. These cases shall now bear the cases numbers 13-cv-324-DRH-SCW, and 13-cv-326-DRH-SCW. Magistrate Judge Williams shall continue to serve as reference judge for all pretrial discovery matters in all "Depakote" cases.

**The Court hereby sets the following deadlines**:

| Event | Date |
|---|---|
| Deadline to depose defense experts | March 21, 2014 |
| Deadline to file *Daubert* motions, dispositive motions, and motions in limine | March 21, 2014 |
| Deadline to oppose *Daubert* motions, dispositive motions, and motions in limine | April 11, 2014 |
| Deadline to file replies regarding *Daubert* and dispositive motions, motions in limine | April 18, 2014 |

| Deposition designations, exhibit lists and witness lists to be exchanged | April 18, 2014 |
|---|---|
| Counter-designations and objections to deposition designations to be exchanged | April 28, 2014 |
| **Final pre-trial conference and argument on all motions** | **May 1, 2014** |
| Trial | May 12, 2014 |

The Court notes that the final pre-trial conference and argument on all motions in now set for **Thursday, May 1, 2014, at 9:00 a.m**. The undersigned shall rule as to any dispositive, *Daubert,* and in limine motions that may be filed. As for the first trial currently set to begin on **May 12, 2014**, Magistrate Judge Williams shall select the jury as the undersigned will be attending the Seventh Circuit Judicial Conference and the Seventh Circuit Judicial Council meetings set for May 12-13, 2014. Opening statements and evidence will then begin on May 14, 2014, at 9:00 a.m., with the undersigned presiding until further Order of the Court.

Finally, as for additional bellwether trial dates and cases, the parties are directed to meet and confer to determine proposed cases and trial dates.

**IT IS SO ORDERED.**

Signed this 28th day of February, 2014.

Digitally signed by David R. Herndon
Date: 2014.02.28 14:36:41 -06'00'

**Chief Judge**
**United States District Judge**